**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX 76180-6608**
**(817) 770-8500**
**(817) 498-1362 FAX**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | **Case No: 16-40464-MXM** |
| **WILLIAM GETER JR, xxx-xx-3222** | § | |
| Debtor | § | **Prehearing Conference: September 09, 2016** |
| | § | **@ 10:00 AM** |
| | § | |
| | § | |

---

### NOTICE OF PRE-HEARING CONFERENCE AND
### HEARING ON "TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,
### OBJECTION TO CLAIMS, AND PLAN MODIFICATION"

---

TO ALL PARTIES IN INTEREST:

A **Pre-Hearing Conference** with the Chapter 13 Trustee concerning the attached Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification ("TRCC") will be held at **10:00 AM** on **September 09, 2016** at 6851 N.E. Loop 820, Suite 310, N. Richland Hills, TX 76180.

If any objections to the Pleadings are not resolved or defaulted at the Trustee's Pre-hearing Conference then this matter will be called at the docket call to be held at **8:30 AM** on **September 15, 2016** at Room 128, US Courthouse, 501 W. 10th Street, Fort Worth, TX 76102, with the **Court Hearing** on the matter immediately following the conclusion of the docket call.

Pursuant to General Order 2014-03 Section 8(c), unless an objection is timely filed as to the amount and classification of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC and such amount and classification will be final and binding on all parties, unless Section 502j of the Bankruptcy Code applies.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON THE FOLLOWING PARTIES WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF, OR September 04, 2016.

DEBTOR(S): WILLIAM GETER JR, 1902 Oakbriar Lane, Keller, TX 76248
ATTORNEY: TELSCHOW JOHNSON LAW PLLC, 4200 S HULEN ST STE 670, FORT WORTH, TX 76109
COURT: US Bankruptcy Clerk, 501 W. 10th Street, , Fort Worth, TX 76102
TRUSTEE: TRUSTEE'S OFFICE, 6851 N.E. Loop 820, Suite 300, North Richland Hills, TX 76180-6608

/s/ Tim Truman
———————————————————
Tim Truman, Trustee/State Bar # 20258000

CASE NO: 16-40464-MXM                                                                    Page 2
WILLIAM GETER JR
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing "Notice of Pre-Hearing Conference and Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification" and a copy of the attached "Trustee's Recommendation Concerning Claims, Objection to Claims, and Plan Modification" was served on the parties listed below in the manner listed below on or before August 05, 2016.

/s/ Tim Truman

**BY FIRST CLASS MAIL:**

AD ASTRA RECOVERY, Attn: Officer/President, 8918 W 21ST ST N STE 200, MAILBOX 303, WICHITA, KS 67205-0000

CODILIS & STAWIARSKI PC, Attn: Officer/President, 650 N SAM HOUSTON PKWY E STE 450, HOUSTON, TX 77060-0000

DITECH FINANCIAL, Attn: Officer/President, PO BOX 0049, PALATINE, IL 60055-0000

DITECH FINANCIAL, Attn: Officer/President, PO BOX 6154, RAPID CITY, SD 57709-0000

INTERNAL REVENUE SERVICE, Attn: Officer/President, PO BOX 7317, PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE, Attn: Officer/President, PO BOX 7346, PHILADELPHIA, PA 19101

LINEBARGER GOGGAN BLAIR ET AL, Attn: Officer/President, 100 THROCKMORTON STE #300, FT WORTH, TX 76102-0000

RED ROCK FINANCIAL SERVICES, Attn: Officer/President, 4775 W TECO AVE #140, LAS VEGAS, NV 89119-0000

RON WRIGHT TAX ASSESSOR/COLLECTOR, Attn: Officer/President, 100 E WEATHERFORD ST, FT WORTH, TX 76196

TARRANT COUNTY TAX COLLECTOR, Attn: Officer/President, DELINQUENT TAX DEPARTMENT, 100 E WEATHERFORD ST, FOR

US DEPARTMENT OF EDUCATION, Attn: Officer/President, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708

US DEPARTMENT OF EDUCATION, Attn: Officer/President, PO BOX 530229, ATLANTA, GA 30353

WILLIAM GETER JR, Attn: Officer/President, 1902 Oakbriar Lane, Keller, TX 76248-0000

**ELECTRONIC SERVICE:**

TELSCHOW JOHNSON LAW PLLC, 4200 S HULEN ST STE 670, FORT WORTH, TX 76109

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX 75207

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

CASE NO: 16-40464-MXM          Page 3
WILLIAM GETER JR
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No: 16-40464-MXM |
| **WILLIAM GETER JR, xxx-xx-3222** | § | |
| **1902 Oakbriar Lane** | § | |
| **Keller, TX 76248** | § | **Chapter 13** |
|     **Debtor** | § | |
| | § | |

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION

The Trustee hereby objects to and/or recommends allowance or disallowance of the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR NAMES AND CLAIMS HEREIN.

### I.

### OBJECTION - NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The "bar date" for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. Therefore the claims should be DISALLOWED, and not be paid by the Trustee:

| T'EE # | CREDITOR'S NAME | SCHEDULED CLASS | SCHEDULED AMOUNT |
|---|---|---|---|
| 6 | AD ASTRA RECOVERY | UNSECURED | $21,998.00 |
| 7 | INTERNAL REVENUE SERVICE | UNSECURED | $1,000.00 |
| 4 | RED ROCK FINANCIAL SERVICES | HOA | $600.00 |
| 3 | RON WRIGHT TAX ASSESSOR/COLLECTOR | TAXES/SECURED | $5,878.18 |

### II.

### SPECIFIC OBJECTIONS

*** NONE ***

### III.

### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount(s) and in the class(es) as listed below: (NOTE: Value, treatment and interest rate were determined at confirmation. "Value", "Interest Rate", and "Treatment" are shown below for information only.)

| CLAIM # | SECURED 1325(a)(5) CLASS | COLLATERAL | CLAIM AMOUNT | VALUE | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|---|
| 3 | DITECH FINANCIAL | HOMESTEAD/ARRS | $17,490.42 | $391,700.00 | 0.00% | PRO RATA-TR |
| 3 | DITECH FINANCIAL | HOMESTEAD | $493,267.53 | $391,700.00 | | DIRECT-DR |
| 1 | TARRANT COUNTY TAX COLLECTOR | HOMESTEAD/16 | $10,399.24 | $407,600.00 | | DIRECT-DR |

| CLAIM # | UNSECURED CLASS | | CLAIM AMOUNT | | | COMMENT |
|---|---|---|---|---|---|---|

CASE NO: 16-40464-MXM                                                                 Page 4
WILLIAM GETER JR
Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification

| (cont'd.) CLAIM # | UNSECURED CLASS | CLAIM AMOUNT | COMMENT |
|---|---|---|---|
| 2 | US DEPARTMENT OF EDUCATION | $163,874.75 | STUDENT LOAN |

**IF THE TRUSTEE'S ABOVE RECOMMENDATION CONCERNING ANY CLAIM DIFFERS FROM THE AMOUNT INDICATED IN A CREDITOR'S PROOF OF CLAIM, THE RECOMMENDATION IS DEEMED AN OBJECTION TO SUCH CLAIM. UNLESS A TIMELY RESPONSE IS FILED CONTESTING THE TRUSTEE'S RECOMMENDATION, THE OBJECTION WILL BE SUSTAINED AND SUCH CLAIM WILL BE ALLOWED ONLY FOR THE AMOUNT AND IN THE CLASS INDICATED. A COPY OF ANY CLAIM MAY BE OBTAINED FROM THE TRUSTEE UPON REQUEST.**

## IV.

### OBJECTIONS PENDING

The following claims are not deemed allowed because there are objections pending:

*** NONE ***

## V.

### PLAN MODIFICATION

**Excess Base Amount**

     To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority, and Administrative Claims, unless otherwise provided by a Debtor Modification or order of the Court, such excess shall be paid pro-rata to timely filed allowed non-penalty general unsecured claims up to 100%, then to late filed allowed non-penalty unsecured claims up to 100%, then to penalty unsecured claims up to 100%, with any remaining balance refunded to Debtor.

## VI.

### PLAN IS INSUFFICIENT

**The Plan is Insufficient for the following reason(s):**

1. The Plan proposes a Base Amount of $18,518.00.

2. The Trustee calculates the Base Amount should be $21,135.00.

3. A Debtor Plan Modification is needed to provide sufficient funds to fully pay all allowed administrative, secured, and priority claims.

The Trustee may file a Motion to Dismiss unless Debtor files a Plan Modification and/or Objection to Claim(s) within 21 days.

Respectfully submitted,
Office of the Chapter 13 Trustee, Fort Worth, TX

/s/ Tim Truman
Tim Truman, Trustee
State Bar # 20258000

Dated: August 04, 2016