**TELSCHOW JOHNSON LAW PLLC**
**4200 S HULEN ST STE 670**
**FT WORTH, TX 76109**
**Telephone: 817-632-7711**
**Facsimile: 817-632-7715**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-40464-MXM |
| | § | |
| WILLIAM GETER, JR. | § | CHAPTER 13 |
| | § | |
| DEBTOR. | § | JUDGE MARK X. MULLIN |

**DEBTOR'S AMENDED MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**
**DATE: May 9, 2018**

Pursuant to 11 USC 1329, the Debtor requests the following modification(s) to the Debtor's original or last modified Chapter 13 Plan.

1. History of Case

   | | | | |
   |---|---|---|---|
   | Petition Date: | 02/01/2016 | Total Paid In (Received to Date): | $ 9,626.00 |
   | First Meeting Date: | 03/16/2016 | Amount Due to be Current: | $ -0- |
   | Confirmation Date: | 05/17/2016 | Plan Base (Current): | $ 94,319.00 |
   | | | Plan Base (New): | $101,389.00 |

2. Current Plan Payment to Trustee Amounts and Term:

   | Start Date | Number Periods | Amount | How Often |
   |---|---|---|---|
   | 03/02/2016 | 12 | $309.00 | Monthly |
   | 03/02/2017 | 03 | $309.00 | Monthly |
   | 06/02/2017 | 07 | $386.00 | Monthly |
   | 01/02/2018 | 38 | $2,289.00 | Monthly |

3. New Plan Payment to Trustee Amounts and Term*:

   | Start Date | Number Periods | Amount | How Often |
   |---|---|---|---|
   | 05/02/2018 | 1 | $2,289.00 | Monthly |
   | 06/02/2018 | 33 | $2,500.00 | Monthly |

   NEW PLAN BASE:    $101,389.00

Debtor new payment Start Date may not be more than 30 days from the above date, BUT ANY INCREASE OR DECREASE IN Debtor new payment amount may not be less than 30 days from the above date.

4. PROVIDE FOR OR MODIFY TREATMENT OF <u>SECURED CLAIMS (CRAM DOWN)</u> TO:

   The automatic stay shall be lifted and the Trustee shall cease disbursement of account of any Surr (surrender) of collateral as indicated above, without further order of the court as of the date of filing hereof, pursuant to General Order 2010-01, Paragraph 4e.

5.  PROVIDE FOR OR MODIFY TREATMENT OF <u>SECURED CLAIMS (NO CRAM DOWN)</u> TO:

The automatic stay shall be lifted and the Trustee shall cease disbursement of account of any Surr (surrender) of collateral as indicated above, without further order of the court as of the date of filing hereof, pursuant to General Order 2010-01, Paragraph 4e.

6.  PROVIDE FOR OR MODIFY TREATMENT OF <u>PRIORITY CLAIMS</u> TO:    NONE

7.  Reason for modifications or other plan provisions:    -To provide for payment of arrearages to the Trustee in the amount of $7,067.00 and to set aside I/O filed on 04/17/2018.

8.  Debtor's attorney fee for this modification:    Total amount of $400.00, of which **$200.00** will be paid through the plan by the Trustee pro rata, after payment of specified monthly payments and before any other pro rata payments.

9.  All other provisions as set forth in the last confirmed plan remain the same.

Date:  May 9, 2018.    */s/ Karen Telschow Johnson*
KAREN TELSCHOW JOHNSON
State Bar No. 24060030
**TELSCHOW JOHNSON LAW, PLLC**
4200 S. Hulen St., Ste. 670
Fort Worth, Texas 76109
Tel:  817-632-7711
Fax: 817-632-7715
Email:  karen@tjlawpllc.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATIO was served upon the Debtor and the parties listed below by or under the direction of the undersigned by US First Class Mail, postage paid, and electronically by the Clerk on the Trustee and all other parties entitled to electronic notice on the date of filing hereof.

Date:  May 9, 2018    */s/ Karen Telschow Johnson*

Ad Astra Recovery
8918 W 21st N #200, MB #303
Wichita, KS 67205

Keller ISD
100 E. Weatherford
Fort Worth, TX 76196

Adell Geter
1902 Oakbriar Lane
Keller, TX 76248

Red Rock Financial
Woodland At Hidden Lake HOA
7251 Amigo St., Ste. 100
Las Vegas, NV 89119

Codilis & Stawiarski, PC
650 Sam Houston Pkwy E
Ste. 450
Houston, TX 77606

Tarrant County
P.O. Box 961018
Fort Worth, TX 76161

Ditech Financial, LLC
C/O 3000 Bayport Dr. #880
Tampa, FL 33607

Telschow Johnson Law
4200 S. Hulen St., Ste. 670
Fort Worth, TX 76109

Internal Revenue Service
P.O. Box 3084
Memphis, TN 38101

US Dept of Ed/Great Lakes Educational Loan
2401 International
Madison, WI 53704